USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Veroblue Farms USA, Inc.,

        Plaintiff,

–v–

Leslie A. Wulf, *et al.*,

        Defendants.

19-mc-375 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On or before July 6, 2020, VeroBlue Farms should file a letter reply to Canaccord's letter opposing VeroBlue's request for reconsideration.

    SO ORDERED.

Dated: June 29, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1